# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155416 & (24)(25)

JAMES SUTIKA,
     Plaintiff-Appellee,

v

ROSCOMMON COUNTY CLERK,
     Defendant-Appellant.

    SC: 155416
    COA: 337144
    Roscommon CC: 16-723378-AS

_____/

    On order of the Court, the motions for immediate consideration and to expedite are GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals. However, we ORDER the Court of Appeals to expedite its consideration of this case.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2017



Clerk

T0309